**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

Jason Sanford, Petitioner,

v.

State of South Carolina, Respondent.

Appellate Case No. 2015-000410

---

**ON WRIT OF CERTIORARI**

---

Appeal from Anderson County
Carmen T. Mullen, Circuit Court Judge

---

Memorandum Opinion No. 2017-MO-021
Submitted September 27, 2017 – Filed November 1, 2017

---

**CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED**

---

Appellate Defender Kathrine H. Hudgins, of Columbia, for Petitioner.

Attorney General Alan McCrory Wilson and Assistant Attorney General Lindsey A. McCallister, both of Columbia, for Respondent.

---

**PER CURIAM:**  We granted a writ of certiorari to review the Post-Conviction Relief ("PCR") court's dismissal of Petitioner Jason Sanford's application for PCR. We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**BEATTY, C.J., KITTREDGE, HEARN, FEW and JAMES, JJ., concur.**